**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
**THE TRAVELERS INDEMNITY COMPANY,**        Index No. 07 CV 4032
**successor in interest by merger to GULF**
**INSURANCE COMPANY,**                                            AFFIDAVIT OF SERVICE
         Plaintiff(s),

  -against-
**MODERN INDUSTRIES, INC., RONEN**
**KOSOKHAR (a/k/a RONEN KOZOHAR),**
**and ALLA KRASNER,**
         Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK  )
                        S.S.:
COUNTY OF NEW YORK)

        **TIMOTHY M. BOTTI**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

        That on the 4th day of June 2007, at approximately the time of 1:35 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JUDGES' RULES** upon Ronen Kozokhar a/k/a Ronen Kozohar at 119 Langham Street, Brooklyn, NY 11235, by personally delivering and leaving the same with Leo Zilberber, a person of suitable age and discretion at that address. At the time of service, deponent asked if Ronen Kozokhar is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        Leo Zilbergber is a white male, approximately 63 years of age, stands approximately 6 feet 2 inches tall, and weighs approximately 215 pounds with balding white hair and blue eyes. He speaks with an accent.

        That on the 5th day of June 2007, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Ronen Kozokhar a/k/a Ronen Kozohar at 119 Langham Street, Brooklyn, NY 11235, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
6th day of **June**, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__