**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**THE TRAVELERS INDEMNITY COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,**
           Plaintiff(s),

  -against-

**MODERN INDUSTRIES, INC., RONEN KOZOKHAR (a/k/a RONEN KOZOHAR), and ALLA KRASNER,**
           Defendant(s).
-----------------------------------------------------------X

Index No. 07 CV 4032
**JUDGE BUCHWALD**
AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                     S.S.:
COUNTY OF NEW YORK)

      **TIMOTHY M. BOTTI**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by the attorney service, DLS, INC.

      That on the 13th day of June 2007, at approximately the time of 12:30 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND JUDGES' RULES** upon Alla Krasner at 2080 Ocean Avenue, Apt. 5C, Brooklyn, NY 11230, by personally delivering and leaving the same with her father, Ilya Krasner, a person of suitable age and discretion at that address. At the time of service, deponent asked if Alla Krasner is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      Ilya Krasner is a white male, approximately 67 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 175 pounds with black/gray hair and dark eyes. He speaks with an accent.

      That on the 14th day of June 2007, deponent enclosed a copy of same by first class mail post paid envelope properly addressed to Alla Krasner at 2080 Ocean Avenue, Apt. 5C, Brooklyn, NY 11230, in an official depository under the exclusive care and custody of the U. S. Postal Service within New York State. The envelope bore the

Case 1:07-cv-04002-NRB    Document 5    Filed 06/18/2007    Page 2 of 2



Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**TIMOTHY M. BOTTI #843358**

Sworn to before me this
15th day of June, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08