```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to          Index No.:
GULF INSURANCE COMPANY,                     07-CV-4032 (NRB)

                    Plaintiff,

        - against -

MODERN INDUSTRIES, INC., RONEN
KOZOKHAR (a/k/a RONEN KOZOHAR)
and ALLA KRASNER

                    Defendants.
----------------------------------------X
```

## NOTICE OF APPEARANCE and
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-referenced proceeding as attorney for Defendant, RONEN KOZOKHAR, and demands that all papers be forwarded to him at his office address listed below.

Dated:  Brooklyn, New York
        July 5, 2007

s/ Michael T. Sucher (ms-9414)
MICHAEL T. SUCHER, ESQ.
Attorney for Defendant
RONEN KOZOKHAR
26 Court Street, Suite 2412
Brooklyn, New York 11242
(718) 522-1995