*BJ14WAC95.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to GULF
INSURANCE COMPANY,

     Plaintiff,

v.

MODERN INDUSTRIES, INC., RONEN
KOZOKHAR (a/k/a RONEN KOZOHAR),
and ALLA KRASNER,

     Defendants.

CIVIL ACTION NO.: 07-cv-4032 (NRB)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-07

IT IS STIPULATED AND AGREED by and between counsel for Plaintiff, The Travelers
Indemnity Company, successor in interest by merger to Gulf Insurance Company, counsel for
Defendant Ronen Kozokhar (a/k/a Ronen Kozohar) and counsel for Defendant Alla Krasner, that
the time within which Mr. Kozokhar and Ms. Krasner may respond to Travelers' Complaint is
extended to July 31, 2007. Mr. Kozokhar and Ms. Krasner shall not assert any jurisdictional
defenses related to proper service of process. Facsimile signatures are acceptable as original
signatures. This stipulation may be executed in counterparts.

Dated: July 2, 2007

**MCELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**

By_____
Scott A. Levin
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
The Travelers Indemnity Company,
successor in interest by merger to
Gulf Insurance Company

**GREENBERG FREEMAN LLP**

By_____
Michael A. Freeman
24 West 40th Street – 17th Floor
New York, New York 10018
(646) 366-0881
Attorneys for Defendant,
Alla Krasner

By_____
Michael T. Sucher
26 Court Street
Brooklyn, New York 11242
(718) 522-1995
Attorney for Defendant,
Ronen Kozokhar

07-02-07  02:23pm  From-McELROY DEUTSCH MULVANEY CARPENTER                                    T-571  P.01/03  F-001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to GULF
INSURANCE COMPANY,                                CIVIL ACTION NO.: 07-cv-4032

       Plaintiff,

v.

MODERN INDUSTRIES, INC., RONEN                    STIPULATION
KOZOKHAR (a/k/a RONEN KOZOHAR),
and ALLA KRASNER,

       Defendants.

       IT IS STIPULATED AND AGREED by and between counsel for Plaintiff, The Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company, counsel for Defendant Ronen Kozokhar (a/k/a Ronen Kozohar) and counsel for Defendant Alla Krasner, that the time within which Mr. Kozokhar and Ms. Krasner may respond to Travelers' Complaint is extended to July 31, 2007. Mr. Kozokhar and Ms. Krasner shall not assert any jurisdictional defenses related to proper service of process. Facsimile signatures are acceptable as original signatures. This stipulation may be executed in counterparts.

Dated:  July 2, 2007

MCELROY, DEUTSCH, MULVANEY                         GREENBERG FREEMAN LLP
& CARPENTER, LLP

By_____               By_____
   Scott A. Levin                                    Michael A. Freeman
   88 Pine Street – 24th Floor                        24 West 40th Street – 17th Floor
   New York, New York 10005                          New York, New York 10018
   (212) 483-9490                                    (646) 366-0881
   Attorneys for Plaintiff,                          Attorneys for Defendant,
   The Travelers Indemnity Company,                  Alla Krasner
   successor in interest by merger to
   Gulf Insurance Company


By_____
   Michael T. Sucher
   26 Court Street
   Brooklyn, New York 11242
   (718) 522-1995
   Attorney for Defendant,
   Ronen Kozokhar

07-02-07  12:13am  From-MCELROY DEUTSCH MULVANEY CARPENTER                    T-500  P.02/03  F-492

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

THE TRAVELERS INDEMNITY COMPANY,
successor in interest by merger to GULF
INSURANCE COMPANY,

            Plaintiff,

v.

MODERN INDUSTRIES, INC., RONEN
KOZOKHAR (a/k/a RONEN KOZOHAR),
and ALLA KRASNER,

            Defendants.

CIVIL ACTION NO · 07-cv-4032

STIPULATION

---

IT IS STIPULATED AND AGREED by and between counsel for Plaintiff, The Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company, counsel for Defendant Ronen Kozokhar (a/k/a Ronen Kozohar) and counsel for Defendant Alla Krasner, that the time within which Mr. Kozokhar and Ms. Krasner may respond to Travelers' Complaint is extended to July 31, 2007. Mr. Kozokhar and Ms. Krasner shall not assert any jurisdictional defenses related to proper service of process. Facsimile signatures are acceptable as original signatures. This stipulation may be executed in counterparts.

Dated: July 2, 2007

MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP

By_____
Scott A. Levin
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Attorneys for Plaintiff,
The Travelers Indemnity Company,
successor in interest by merger to
Gulf Insurance Company

By_____
s/ Michael T. Sucher
26 Court Street
Brooklyn, New York 11242
(718) 522-1995
Attorney for Defendant,
Ronen Kozokhar

GREENBERG FREEMAN LLP

By_____
Michael A. Freeman
24 West 40th Street – 17th Floor
New York, New York 10018
(646) 366-0881
Attorneys for Defendant,
Alla Krasner

So Ordered,

_____
USDJ        7/10/07

07/02/2007 MON 19:48 [TX/RX NO 5800] Ø002