UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | |
|---|---|
| The Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company, | Civil Action No.: 07-4032 (NRB) |
| Plaintiff, | **CERTIFICATION OF SERVICE** |
| -against- | |
| Modern Industries, Inc., Ronen Kozokhar (a/k/a Ronen Kozohar) and Alla Krasner, | |
| Defendants. | |

------------------------------------------------------------------ x

I certify that on August 17, 2007, I served by regular mail a copy of the Notice of Initial Pretrial Conference dated August 7, 2007 on the following attorneys:

Michael A. Freeman, Esq.  
24 West 40th Street – 17th Floor  
New York, New York 10018  
Attorney for Defendant,  
Alla Krasner

Michael T. Sucher, Esq.  
26 Court Street  
Brooklyn, New York 11242  
Attorney for Defendant,  
Ronen Kozokhar

McElroy, Deutsch, Mulvaney  
& Carpenter, LLP

Date: August 17, 2007

By: /s Scott A. Levin  
Scott A. Levin  
Attorneys for Plaintiff,  
The Travelers Indemnity Company,  
successor in interest by merger to  
Gulf Insurance Company  
1300 Mt. Kemble Avenue  
Morristown, New Jersey 07962  
(973) 993-8100