**MEMO ENDORSED**

# GREENBERG FREEMAN LLP



Michael A. Freeman
freeman@greenbergfreeman.com

24 West 40th Street, 17th Floor
New York, New York 10018
Tel 646.366.0881
Fax 646.366.1384
www.greenbergfreeman.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

October 25, 2007

**BY FACSIMILE: 212.805.7927**

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street, Room 2270
New York, New York 10007-1312

[Stamp: OCT 25 2007 — UNITED STATES DISTRICT]

*Endorsement:*
The conference is adjourned until November 20, 2007 at 3:30 p.m.
So Ordered.
[signature]
USDJ
October 26, 2007

Re: The Travelers Indemnity Co. v. Modern Industries, Inc, et al.
    No. 07-CV-4032(NRB)

Dear Judge Buchwald:

This firm represents defendant Alla Krasner in the above-referenced action.

This case involves plaintiff's attempt to recovery monies paid under a surety agreement from Ms. Krasner and her soon-to-be ex-husband, Ronen Kosokhar, who were purported to be guarantors under the agreement. As Your Honor may recall, during our initial status conference on September 10, 2007, defense counsel advised the Court and plaintiff's counsel that we had no access to any of the underlying documentation that form the basis for plaintiff's claim, at which point plaintiff's counsel agreed to supply those materials to us promptly, with the goal of determining if the matter could be settled. Based on this discussion, the Court scheduled another status conference for October 30.

We did not hear from plaintiff's counsel again until October 17, when he sent an e-mail indicating that the materials necessary for the parties to hold settlement negotiations would be forwarded to us shortly. Those materials finally arrived on October 23, although not everything that was promised was included in the package. I have since requested the missing information from plaintiff's counsel.

In light of the foregoing, we respectfully submit that the Court may wish to adjourn the October 30 conference for another 30 days to enable defense counsel to evaluate the materials

Hon. Naomi Reice Buchwald
October 25, 2007
Page 2

and engage in settlement negotiations with plaintiff's counsel. Needless to say, absent an Order from the Court, we intend to appear before Your Honor at the scheduled time on October 30.

    If the Court requires any additional information, please do not hesitate to contact me.

                                Respectfully submitted,

                                Michael A. Freeman

Cc:    Scott Levin, Esq.
       Michael Sucher, Esq.
         (*both by facsimile*)