UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MODERN INDUSTRIES, INC., RONEN KOZOKHAR (a/k/a RONEN KOZOHAR), and ALLA KRASNER,<br><br>Defendants. | CIVIL ACTION NO.: 07-cv-4032 (NRB)<br><br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS RONEN KOZOKHAR AND ALLA KRASNER ONLY |

It is hereby stipulated and agreed between the undersigned parties that the within action is resolved as to Defendants Ronen Kozokhar and Alla Krasner only, and is hereby dismissed against Defendants Ronen Kozokhar and Alla Krasner only, with prejudice and without costs to either party.

McElroy, Deutsch, Mulvaney
& Carpenter, LLP

By:_____
Scott A. Levin
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Counsel for Plaintiff,
The Travelers Indemnity Company,
successor in interest by merger to
Gulf Insurance Company

Greenberg Freeman LLP

By:_____
Michael A. Freeman
24 West 40th Street – 17th Floor
New York, New York 10018
(646) 366-0881
Counsel for Defendant,
Alla Krasner

-2-

By:_____
    Michael T. Sucher
    26 Court Street
    Brooklyn, New York 11242
    (718) 522-1995
    Counsel for Defendant,
    Ronen Kozokhar a/k/a Ronen Kozohar

So-Ordered:  _____
                Hon. Naomi Reice Buchwald, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MODERN INDUSTRIES, INC., RONEN KOZOKHAR (a/k/a RONEN KOZOHAR), and ALLA KRASNER,<br><br>Defendants. | CIVIL ACTION NO.: 07-cv-4032 (NRB)<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS RONEN KOZOKHAR AND ALLA KRASNER ONLY |

It is hereby stipulated and agreed between the undersigned parties that the within action is resolved as to Defendants Ronen Kozokhar and Alla Krasner only, and is hereby dismissed against Defendants Ronen Kozokhar and Alla Krasner only, with prejudice and without costs to either party.

| | |
|---|---|
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Greenberg Freeman LLP |
| By:_____<br>Scott A. Levin<br>88 Pine Street – 24th Floor<br>New York, New York 10005<br>(212) 483-9490<br>Counsel for Plaintiff,<br>The Travelers Indemnity Company, successor in interest by merger to Gulf Insurance Company | By:_____<br>Michael A. Freeman (MF-9600)<br>24 West 40th Street – 17th Floor<br>New York, New York 10018<br>(646) 366-0881<br>Counsel for Defendant,<br>Alla Krasner |

By:_____
   Michael T. Sucher
   26 Court Street
   Brooklyn, New York 11242
   (718) 522-1995
   Counsel for Defendant,
   Ronen Kozokhar a/k/a Ronen Kozohar


So-Ordered:   _____
              Hon. Naomi Reice Buchwald, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MODERN INDUSTRIES, INC., RONEN KOZOKHAR (a/k/a RONEN KOZOHAR), and ALLA KRASNER,<br><br>Defendants. | CIVIL ACTION NO.: 07-cv-4032 (NRB)<br><br>STIPULATION OF DISMISSAL AS TO DEFENDANTS RONEN KOZOKHAR AND ALLA KRASNER ONLY |

It is hereby stipulated and agreed between the undersigned parties that the within action is resolved as to Defendants Ronen Kozokhar and Alla Krasner only, and is hereby dismissed against Defendants Ronen Kozokhar and Alla Krasner only, with prejudice and without costs to either party.

Dated: New York, New York
January 8, 2008

McElroy, Deutsch, Mulvaney & Carpenter, LLP

By:_____
Scott A. Levin, Esq.
88 Pine Street – 24th Floor
New York, New York 10005
(212) 483-9490
Counsel for Plaintiff,
The Travelers Indemnity Company,
successor in interest by merger to
Gulf Insurance Company

By: s/ Michael T. Sucher, Esq.
Michael T. Sucher, Esq.
26 Court Street
Brooklyn, New York 11242
(718) 522-1995
Counsel for Defendant,
Ronen Kozokhar a/k/a Ronen Kozohar

Greenberg Freeman LLP

By:_____
Michael A. Freeman, Esq.
24 West 40th Street – 17th Floor
New York, New York 10018
(646) 366-0881
Counsel for Defendant,
Alla Krasner


SO ORDERED:

_____
Hon. Naomi Reice Buchwald, U.S.D.J.