UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, successor in interest by merger to GULF INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MODERN INDUSTRIES, INC., RONEN KOZOKHAR (a/k/a RONEN KOZOHAR), and ALLA KRASNER,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 07-cv-4032 (NRB)<br><br><br>CLERK'S CERTIFICATE OF DEFAULT AGAINST DEFENDANT MODERN INDUSTRIES, INC. |

　　I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on May 23, 2007 with the filing of a summons and complaint. A copy of the summons and complaint was served on defendant Modern Industries, Inc. pursuant to New York Business Corporation Law § 306 on June 5, 2007, and proof of such service thereof was filed on June 11, 2007.

　　I further certify that the docket entries indicate that defendant Modern Industries, Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant Modern Industries, Inc. is hereby noted.

Dated: New York, New York
　　　　Jan 22, 2008

　　　　　　　　　　　　　　　　　　J. MICHAEL MCMAHON
　　　　　　　　　　　　　　　　　　Clerk of the Court
　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk