## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07-CV-4032                                                           Purchased/Filed:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

---

*The Travelers Indemnity Company, Successor in Interest by Merger to Gulf Insurance Company*    Plaintiff

against

*Modern Industries, Inc., Ronen Kozokhar and Alla Krasner*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 13, 2008_____, at _____2:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Motion for Default Judgment Against Modern Idustries, Inc., Request to Enter Default Against Defendant Modern Industries, Inc., Clerks Certificate of Default Against Defendant Modern Industries, Inc., Affidavit of R. Jeffrey Olson in Support of Request for Entry of Default Judgment Against Modern Industries, Inc., and Final Judgment Against Modern Industries, Inc.

on _____Modern Industries, Inc._____, the Defendant in this action, by delivering to and leaving with _____Carol Vogt_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __43__   Approx. Wt: __118__   Approx. Ht: __5'__
Color of skin: __White__   Hair color: __Brown__   Sex: __F__   Other: _____

Sworn to before me on this

15th day of _____February, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801563

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*